

# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 9:04:26 AM
CHRISTOPHER A. PRINE
Clerk

February 23, 2015

JANI MASELLI WOOD
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name: CARL DION LOVINGS

Cause No: 1419029

Court: 177TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2/19/15
**Sentence Imposed Date:** 2/19/15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** JANI MASELLI WOOD

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

LINDSAY ARREDONDO (DELIVERED VIA E-MAIL)

LINDA HACKER

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651



# THE STATE OF TEXAS
## V.
## CARL DION LOVINGS

*22999 998*

---

### 177 TH District Court / County Criminal Court at Law No. _____ *13991 BNOLLO*

### Harris County, Texas

---

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _Carl Lovings on the 2/19/15_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

- ☒ **MOVES** to withdraw.
- ☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

_2/19/15_
**Date**

_CARL Lovings_
**Defendant (Printed name)**

_[signature]_
**Attorney (Signature)**

_Gary Pollard_
**Attorney (Printed name)**

_16095800_
**State Bar Number**

_221 Norfolk #920, Houston Tx 77098_
**Address**

_7/621-6335_
**Telephone Number**

The defendant (check all that apply):

- ☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

- ☒ **ASKS** the Court to **ORDER** that a free record be provided to him.

- ☒ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _Lovings on m_
**Defendant (Signature)**

_Carl Lovings_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ _2/19/15_

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __2|19|15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw ⟨is **GRANTED**⟩ / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☒ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☒ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: __2/19/15__

_____
JUDGE PRESIDING,
177 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____ ,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _14190 29_   OFFENSE: _Agg Assault- Family_

THE STATE OF TEXAS   _177th_ DISTRICT COURT

VS.

_Lovings, Carl D._   OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Lovings, Carl D._, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☐   Appoint appellate counsel to represent him.

☐   Asks the court to order that a free record be provided to him.

_X Carl Lovings S_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of_____A.D., 20_____.

**FILED**
Chris Daniel
District Clerk

FEB 19 2015

Time:_____
Harris County, Texas

By_____
Deputy

DEPUTY DISTRICT CLERK
_____ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _2/19/15_ the court conducted a hearing and found that the defendant is indigent.

☒   The court orders that _____ is appointed to represent defendant/appellant on appeal.

☒   The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_2/19/0_

JUDGE PRESIDING
_____ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Jani Maselli Wood Ass't Public Defender_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_1201 Franklin St 13th fl._
ADDRESS

_713 2746721_
PHONE

_jani.maselli @ pdo.hctx.net_
EMAIL ADDRESS

_0079I195 / 50791195_
BAR/SPN NUMBER

_Houston    TX    77002_
CITY         STATE       ZIP

_____
FAX NUMBER

SWORN TO AND SUBSCRIBED BEFORE ME ON _2/19/15_

_N/A_

DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK




**Cause No.**
**141902901010**

IN THE 177TH DISTRICT COURT

THE STATE OF TEXAS

COUNTY CRIMINAL COURT AT LAW NO. _____

v.

HARRIS COUNTY, TEXAS

CARL DION LOVINGS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

**FEB 1 8 2015**
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X *Lovings Carl*
_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
**Chris Daniel**
**District Clerk**
**FEB 1 8 2015**
Time: _____
Harris County, Texas
By_____
Deputy

_____
Defendant's Counsel

State Bar of Texas ID number: 169958

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

147th

# APPEAL CARD

4-20-15

Court **127**

Cause No. **1419029**

The State of Texas
Vs
Carl Dion Lovings

Date Notice
Of Appeal: 2/19/2015   2-19-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Ryan Patrick
Court Reporter Lindsay Arredondo
Court Reporter Linda Hacker
Court Reporter_____

Attorney
on Trial Gary Pollard

Attorney
on Appeal Jani Maselli Wood ~~2/19/2015~~ PDO

Appointed ✓   Hired_____

Offense Agg asslt-Family member

Jury Trial: Yes ✓ No_____

Punishment
Assessed 3.3

Companion Cases
(If Known) N A

Amount of
Appeal Bond 0

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section_____

Deputy Clerk M Roppolo

22/997